**Order entered March 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00064-CV

**JAY COOPER, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02636-2018**

## ORDER
Before Chief Justice Burns, Justice Brown, and Justice Nowell

Before the Court is appellant's March 1, 2019 opposed emergency motion as supplemented seeking an extension of time to comply with this Court's January 24, 2019 and February 20, 2019 orders. We **GRANT** the motion as follows.

We **ORDER** appellant to file, by **April 1, 2019**, a copy of the order from the local administrative county court at law judge of Collin County giving permission to file this appeal. No further extension will be granted. We caution appellant that the Court will dismiss the appeal without further notice if he fails to comply.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Corinne Mason, local administrative county court at law judge of Collin County, and all parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE